**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 00-6877**

―――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAVIER FLORES,

Defendant - Appellant.

―――――――

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Richard L. Voorhees, District Judge.  (CR-95-11-V, CA-99-188-5-1-V)

―――――――

Submitted:  November 9, 2000          Decided:  November 15, 2000

―――――――

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

―――――――

Dismissed by unpublished per curiam opinion.

―――――――

Javier Flores, Appellant Pro Se.  Kenneth Davis Bell, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

―――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Javier Flores seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Flores, Nos. CR-95-11-V; CA-99-188-5-1-V (W.D.N.C. June 7, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on June 6, 2000, the district court's records show that it was entered on the docket sheet on June 7, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).